## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

United States Of America

                        Plaintiff,

v.                                          Case No.: 1:08−cv−01416
                                                            Honorable Wayne R. Andersen

Donville James

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Wayne R. Andersen :Petitioner's motion to vacate, set aside, or correct sentence by peron in federal custody [3] is entered and briefed as follows: Responses due by 4/11/2008. Replies due by 5/9/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.