UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CV 1416 |
| v. | ) | |
| | ) | Judge Wayne R. Anderson |
| DONVILLE JAMES | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,
        PATRICK J. FITZGERALD
        United States Attorney

By:    /s/ Erik A. Hogstrom
      Erik A. Hogstrom
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-8709

## CERTIFICATE OF SERVICE

I, Erik A. Hogstrom, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing Attorney Designation to be served upon Petitioner-Defendant at the following address:

>Donville James
>#14388-424
>Greenville - FCI
>P.O. Box 5000
>Greenville, IL 62246

by placing said copy in the United States mail in a first-class, postage-paid envelope on March 17, 2008.

      /s/ Erik A. Hogstrom
Erik A. Hogstrom
Assistant United States Attorney