UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 C 1416 |
| | ) | 02 CR 278 |
| v. | ) | |
| | ) | Hon. Wayne R. Anderson |
| DONVILLE JAMES | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, April 24, 2008, at 9:00 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Wayne R. Anderson in Courtroom 1403 of the Everett McKinley Dirksen Federal Building, and then and there present the *Government's Motion for Leave to File Instanter*, a copy of which has been served upon you.

/s/ Erik A. Hogstrom   6283098
ERIK A. HOGSTROM
Assistant United States Attorney
219 South Dearborn Street Fifth
Floor  Chicago, Illinois 60604
(312) 353-5300

**CERTIFICATE OF SERVICE**

I, Erik A. Hogstrom, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing motion to be served upon Defendant at the following address:

Donville James
#14388-424
Greenville - FCI
P.O. Box 5000
Greenville, IL 62246

by placing said copy in the United States mail in a first-class, postage-paid envelope on April 17, 2008.

/s/ Erik A. Hogstrom   6283098
Erik A. Hogstrom
Assistant United States Attorney