UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States Of America

                Plaintiff,

v.                                                Case No.: 1:08−cv−01416
                                                    Honorable Wayne R. Andersen

Donville James

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

       MINUTE entry before the Honorable Wayne R. Andersen:Enter MEMORANDUM, OPINION AND ORDER: For the foregoing reasons, Petitioner Donville James petition for habeas corpus pursuant to 28 U.S.C. Section 2255 [1] is denied. Petitioner's motion for leave to amend his habeas petition [12] is denied. Petitioner's motion to take custody of files and recording device [14] is denied. This is a final and appealable order, and this case is hereby terminated. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.