# United States District Court
## Northern District of Illinois
### Eastern Division

Donville James                 **JUDGMENT IN A CIVIL CASE**

      v.                                    Case Number: 8 C 1416

United States of America

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the foregoing reasons, petitioner Donville James petition for habeas corpus pursuant to 27 U.S.C. Section 2255 is denied [1]. Petitioner's motion for leave to amend his habeas petition [12] is denied. Petitioner's motion to take custody of files and recording device [14] is denied. This is a final and appealable order, and this case is hereby terminated.

                                                Michael W. Dobbins, Clerk of Court

Date: 7/15/2008                           _____

                                                /s/ Tresa S. Abraham, Deputy Clerk